**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

**FILED**

NOV 01 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>DIANA YATES,<br><br>        Defendant - Appellant. | No. 18-30183<br><br>D.C. No. 3:15-cr-00238-SI-2<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>v.<br><br>DAN HEINE,<br><br>        Defendant - Appellant. | No. 18-30184<br><br>D.C. No. 3:15-cr-00238-SI-1<br>U.S. District Court for Oregon, Portland |

The judgment of this Court, entered October 08, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7