SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
**QUINN P. HARRINGTON, OSB #083544**
Assistant United States Attorney
Quinn.Harrington@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:15-cr-00238-SI-1 |
| v. | **GOVERNMENT'S MOTION TO DISMISS DAN HEINE FROM INDICTMENTS, WITH PREJUDICE** |
| **DAN HEINE,** | |
| **Defendant.** | Rule 48(a) Fed. R. Crim. P. |

In the interests of justice, the United States moves to dismiss Defendant Dan Heine from all indictments in the above-captioned case, with prejudice, pursuant to Rule 48(a), Fed. R. Crim. P.

Dated: January 20, 2022

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Quinn P. Harrington*
QUINN P. HARRINGTON, OSB #083544
Assistant United States Attorney