UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:15-cr-00238-SI-1 |
| v. | ORDER DISMISSING DAN HEINE FROM INDICTMENTS, WITH PREJUDICE |
| DAN HEINE, | |
| Defendant. | Rule 48(a) Fed. R. Crim. P. |

This matter, having come before the Court on the government's motion to dismiss Dan Heine from the indictments in the above-captioned case, with prejudice, pursuant to Rule 48(a), Fed. R. Crim. P., and the Court being fully advised;

IT IS HEREBY ORDERED that the defendant Dan Heine is DISMISSED with prejudice from the Indictments in the above-captioned case.

Dated: January 20, 2022

_____
HONORABLE MICHAEL H. SIMON
United States District Judge

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Quinn P. Harrington*
QUINN P. HARRINGTON, OSB #083544
Assistant United States Attorney