**Stephen R. Sady, OSB #81099**
**Chief Deputy Federal Defender**
Email: steve_sady@fd.org
**Elizabeth G. Daily, OSB #111758**
**Assistant Federal Public Defender**
Email: liz_daily@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:15-cr-00238-SI-1 |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR REFUND OF SPECIAL ASSESSMENTS** |
| **DAN HEINE,** | |
| Defendant. | |

Dan Heine, through his attorneys, respectfully moves the Court for an order directing the Clerk to refund $1,300.00 to the defendant that he has paid for special assessments under 18 U.S.C. § 3013 on the grounds that his counts of conviction have been vacated by the Ninth Circuit Court of Appeals and the indictment against him has been dismissed by this Court with prejudice. The

defense has provided the Clerk with the address to send the refund. The government, through AUSA Quinn Harrington, does not object to this motion.

Respectfully submitted this 21st day of January, 2022.

                                              */s/ Stephen R. Sady*
                                              Stephen R. Sady

                                              */s/ Elizabeth G. Daily*
                                              Elizabeth G. Daily
                                              Attorneys for Defendant