IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-cr-00238-SI-1 |
| Plaintiff, | ORDER FOR REFUND |
| v. | |
| DAN HEINE, | |
| Defendant. | |

Dan Heine having moved the Court for refund of special assessments, the Ninth Circuit Court of Appeals having vacated the counts of conviction, and this Court having dismissed the indictment against Mr. Heine with prejudice,

IT IS ORDERED that the Clerk refund $1,300.00 to Mr. Heine that he has paid for special assessments under 18 U.S.C. § 3013.

Dated this  21st  day of January, 2022.

_____
Honorable Michael H. Simon
United States District Court Judge

Presented by:

 /s/ Stephen R. Sady
Stephen R. Sady
Attorney for Defendant

Page 1   ORDER FOR REFUND